J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Michaela L. Sozio, Esq. (SBN 179148)
*msozio@tresslerllp.com*
Jeanne Kuo Riggins, Esq. (SBN 231441)
*jriggins@tresslerllp.com*
Carey J. Prill, Esq. (SBN 269632)
*cprill@tresslerllp.com*
TRESSLER LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067-6006
Telephone: (310) 203-4800
Facsimile: (310) 203-4850

Attorneys for Defendants
Woody and Gretchen Hunt

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Woody Hunt a/k/a Tyler Hunt, an ) <br> individual and d/b/a Amazon.com Seller ) <br> woodys-books; Gretchen Hunt, an ) <br> individual and d/b/a Amazon.com Seller ) <br> woodys-books; and Does 1-10, inclusive, ) <br> ) <br> Defendants. ) <br> ) | Case No. CV13-4056 FMO (Ex) <br><br> **JUDGMENT** |

The Court, having read and considered the Joint Stipulation for Entry of Judgment that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendants Woody Hunt a/k/a Tyler Hunt, an individual and d/b/a Amazon.com Seller woodys-books and Gretchen Hunt, an individual and d/b/a

1 Amazon.com Seller woodys-books (collectively "Defendants"), in this action, and
2 good cause appearing therefore, hereby:
3     ORDERS that based on Defendants' January 29, 2014 Offer of Judgment
4 accepted by Plaintiff on February 5, 2014:
5     Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Judgment is
6 hereby entered against Defendants and in favor of Plaintiff on all counts in this
7 action in the amount of $50,000, which includes any claim for reasonable attorneys'
8 fees and costs accrued as of the date of this offer and awardable by statute and entry
9 of a permanent injunction enjoining defendants from reproducing, distributing,
10 shipping, selling or marketing any works in which Plaintiff owns exclusive rights
11 under the Copyright Act as of January 29 , 2014, the date of the Offer. Entry of this
12 Judgment shall be in full and complete satisfaction of all claims Plaintiff has asserted
13 in this action.

14 DATED: February 19, 2014

15                                             _____/s/_____
16                                             Hon. Fernando M. Olguin
                                            United States District Judge

17
18
19
20
21
22
23
24
25
26
27
28

Warner Bros. v. Hunt: Judgment